# ELECTRONIC RECORD

COA #   11-13-00080-CR          OFFENSE:   21.1

STYLE:   **Alcenios Martinez (a/k/a Aucensio Lopez) v. The State of Texas**          COUNTY:   Comanche

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   220th District Court

DATE: 3/20/15          Publish: NO   TC CASE #:   CR-03529

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   **Alcenios Martinez (a/k/a Aucensio Lopez) v. The State of Texas**          CCA #:   **PD-0409-15**

_APPELLANT'S_   Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _06/03/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**